# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

|  |  |  |
|---|---|---|
| BARBARA HOWELL, | : | |
| Plaintiff | : | |
|  | : | |
| vs. | : | CASE NO. 5:08-CV-8 (HL) |
|  | : | |
| HILDA MERKLE, | : | |
| Defendant | : | |

## ORDER

The court has been advised by counsel for the parties that the above action has been settled.

**IT IS, THEREFORE, ORDERED** that the action be dismissed without costs other than those due this court and without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this order by United States mail upon any attorneys/parties of record appearing in this case who may not receive electronic notice.

**SO ORDERED,** this the 10th day of August, 2009.

*s/   Hugh Lawson*

**HUGH LAWSON, Judge
United States District Court**